IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
FEB 1 2 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:08cr20-MHT |
| | ) | [18 USC § 2250] |
| BILLY WAYNE PERKINS, | ) | |
| a.k.a. "Billy W. Perkins," | ) | |
| a.k.a. "Billy Perkins" | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

From an unknown date in 2006 to on or about September 25, 2007, in Lee County, within the Middle District of Alabama,

BILLY WAYNE PERKINS,
a.k.a. "Billy W. Perkins,"
a.k.a. "Billy Perkins,"

defendant herein, being required to register under the Sex Offender Registration and Notification Act, and having traveled in interstate commerce and foreign commerce, did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Section 2250.

A TRUE BILL:

_____
Foreperson

_____
Jerusha T. Adams
Assistant United States Attorney