IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>BILLY WAYNE PERKINS,  )<br>a.k.a. "Billy W. Perkins,"  )<br>a.k.a. "Billy Perkins"  ) | CR. NO. 3:08-cr-20-MHT |

**MOTION FOR LEAVE TO DISMISS INDICTMENT**

Comes now the United States of America by and through its Attorney for the Middle District of Alabama, Leura G. Canary, and moves this Court for leave to dismiss, without prejudice, the Indictment heretofore filed in the above-styled cause as to Billy Wayne Perkins on the following ground: interest of justice.

Respectfully submitted this the 26th day of February, 2008.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280 phone    334-223-7135 fax
jerusha.adams@usdoj.gov