IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      3:08cr20-MHT
BILLY WAYNE PERKINS         )         (WO)
a.k.a "Billy W. Perkins,"   )
a.k.a "Billy Perkins"       )
```

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The government's motion for leave to dismiss indictment (Doc. No. 4) is granted.

(2) The indictment in this case (Doc. No. 1) is dismissed without prejudice.

DONE, this the 5th day of March, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE